UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HOSEA SCOTT,                          )
                                      )
                                      )
       Plaintiff,                     )
                                      )
v.                                    )      CV420-095
                                      )
OFFICER THORPE and                    )
CHATHAM COUNTY OF                     )
SAVANNAH, GEORGIA                     )
POLICE DEPARTMENT,                    )
                                      )
       Defendants.                    )

## REPORT AND RECOMMENDATION

Plaintiff, Hosea Scott, proceeding *pro se* and *in forma pauperis*, brings this 42 U.S.C. § 1983 complaint. Doc. 1. The Court granted plaintiff's motion for leave to proceed *in forma pauperis* (IFP), doc. 9, and he has provided all requested documentation, doc. 11 and 12. Though plaintiff attested to his indigency when initially motioning the Court for IFP status, *see* doc. 5, the documents provided indicate that he now holds more than $10,000.00 in his prison trust account, *see* doc. 11. In response to the Court's show cause order, plaintiff has confirmed that the submitted accounting is accurate and that the considerable increase in funds is the

result of a recent class action settlement. Doc. 14. As plaintiff no longer appears indigent, the Court recommends that IFP status be **DENIED**.

If at any time, plaintiff's allegation of poverty is no longer true, the Court is obligated to dismiss the case. 28 U.S.C. 1915(e)(2)(A). Plaintiff's lack of indigency, however, appears to be the result of a legitimate change in circumstances, rather that an effort to deceive the Court. Therefore, the Court **RECOMMENDS** that he be permitted 14 days from the date of the order adopting this report and recommendation to cure his filing deficiency through the payment of the required $400 filing fee.

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to the R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The

district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 18th day of June, 2020.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA