IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HOSEA SCOTT, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-095 |
| v. | |
| OFFICER THORPE and CHATHAM COUNTY OF SAVANNAH, GEORGIA POLICE DEPARTMENT, | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 18, 2020, Report and Recommendation, (doc. 15), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 15), as the opinion of the Court and **REVOKES** Plaintiff's *in forma pauperis* status. As plaintiff has proactively remitted the necessary filing fee prior to this adoption order, the Magistrate's recommendation that he be granted 14 days to do so is moot.

**SO ORDERED**, this 4th day of August, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA